Cori B. Jones, Esq.
CA Bar No. 261018
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 12-01714

Attorneys for Secured Creditor
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In Re, | BK No.: 12-30607-DM |
|---|---|
| LESLIE ANN MANOUKIAN, FKA LESLIE ANN ALLEN, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for

///
///
///
///
///
///
///
///

1

1 | Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be

2 | given to and served upon the undersigned at the following address and telephone number.

3 |     Cori B. Jones, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP

4 |     1231 E. Dyer Road, Suite 100
    Santa Ana, CA 92705

5 |     PH (714) 481-9100

6 | Dated: 3/6/12      MILES, BAUER, BERGSTROM & WINTERS, LLP

7 |         By: _[signature]_
        Cori B. Jones, Esq.

8 | (12-01714/ndrfsn.dot/sl)      Attorney for Secured Creditor