

1  Kendall Coffman, Bar No. 190262
Law Office of Kendall Coffman

2  1670 S. Amphlett Blvd., Ste. 214
San Mateo, CA 94402

3  Phone: (650) 378-2421

4  Attorney for Debtor,

5  Leslie Ann Manoukian

**Signed and Filed: May 14, 2012**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6

### United States Bankruptcy Court

7

### Northern District of California

8

9  In re:                                    )   Chapter 13
                                             )
10 Leslie Ann Manoukian                      )
                                             )   Case No.: 12-30607 DM 13
11 Debtor.                                   )
                                             )   **ORDER VALUING LIEN OF BANK OF**
12                                           )   **AMERICA, N.A.**
                                             )
13                                           )   HON. JUDGE MONTALI
                                             )
14                                           )
                                             )
15                                           )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18 _____)

19          On April 19, 2012, Debtor filed a motion to value the lien of Bank of America, N.A.

20 (hereinafter "Lienholder") against the property commonly known as 2067 Potomac Way, San

    Mateo, CA 94403, Assessor's Parcel Number 035-351-180 (the "Property").
21

22          The Lienholder's lien was recorded in the county of San Mateo, California, on or about

    January 19, 2006, as document number 2006-008875.
23

24          The Court finds that notice of the motion upon Lienholder was proper.  Lienholder

25 having failed to file timely opposition to Debtor's motion, the Court hereby orders as follows:

(1) For purposes of Debtor's Chapter 13 Plan only, the Lien is valued at zero, the Lienholder does not have a secured claim, and the lien may not be enforced, pursuant to 11 USC sections 506, 1322(b)(2) and 1327.

(2) This Order shall become part of the Debtor's confirmed Chapter 13 Plan.

(3) Upon entry of a discharge or completion of plan payments in Debtor's Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's Chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge or completes Plan payments, this Order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this Order remains in effect.

*** END OF ORDER ***

# COURT SERVICE LIST

Attn: Brian T. Moynihan, CEO
Bank of America, National Association
101 S Tryon St
Charlotte, NC 28202


Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America, National Association
C T CORPORATION SYSTEM
818 W SEVENTH ST
Los Angeles, CA 90017


Cori B. Jones, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
1231 E. Dyer Rd., Ste. 100
Santa Ana, CA 92705

Leslie Ann Manoukian
2067 Potomac Way
San Mateo, CA 94403